UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 0 9 2019

Arnold Herring,

          Plaintiff,

      —v—

The City of New York,

          Defendant.

19-cv-7195 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      An initial pretrial conference in the above-captioned action is scheduled for December 11, 2019. Dkt. No. 14. The parties were instructed to submit via ECF a proposed case management plan and joint letter no later than seven days before the conference, or December 4, 2019. Dkt. No. 10sp. The Court has not yet received the required documents. The parties are therefore ordered to submit their case management plan and joint letter no later than 5:00 p.m. on December 10, 2019.

      SO ORDERED.

Dated: December 9, 2019
      New York, New York

_____
ALISON J. NATHAN
United States District Judge